UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TRINIDAD GONZALEZ, individually and on behalf of others similarly situated,

                    Plaintiffs,

– against –

ALLIED CONCRETE INDUSTRIES INC., ALLIED CONCRETE STRUCTURES, INC., AMERICO MAGALHAES, and MANUEL MAGALHAES,

                    Defendants.

Case No.: 14-CV-04771(JFB)(AKT)

**PROPOSED SCHEDULING ORDER**

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

**I.**    **DEADLINES AND COURT APPEARANCES**

| | |
|---|---|
| Deadline for completion of Initial Disclosures required by Rule 26(a): | October 28, 2014 |
| First request for the production of documents and first request for interrogatories due by: | December 2, 2014 |
| Responses to first request for production of documents and first set of interrogatories due by: | January 15, 2015 |
| Deadline for joinder of additional parties and amendment of pleadings: | January 27, 2015 |
| **Status Conference:** | **March 17, 2015 at TBD** |

II. **CHECKLIST FOR THE COURT**

    A. Initial Disclosures: Counsel confirm that the Initial Disclosures have been served:

    Plaintiff:

    [X] Yes            [ ] No

    Defendants:

    [X] Yes            [ ] No

    B. Stipulation and Order of Confidentiality: Counsel confirm that they have consulted in good faith regarding the need for such an order:

    [X] Yes            [ ] No

    Based on the consultation, counsel find that a Stipulation and Order of Confidentiality is:

    [X] Needed     [ ] Not needed

    C. Electronically Stored Information ("ESI"): Counsel confirm that they have met and conferred regarding the existence of any relevant ESI on both sides:

    [X] Yes            [ ] No

    The parties have had some preliminary discussion about the type of ESI which is in their clients' respective possession or control and how they wish to have such ESI produced:

    [X] Yes            [ ] No

    Based on those discussions, counsel are advising the Court that the relevant ESI consists of:

    1. Payroll records

    2. _____

    3. _____

    4. _____

    5. _____

D.  HIPAA Release Authorizations: Counsel confirm that such authorizations for this case are:

[ ] Needed          [X] Not needed

**SO ORDERED:**

Dated: Central Islip, New York

_____
A.  KATHLEEN TOMLINSON
United States Magistrate Judge