UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRINIDAD GONZALEZ,

       Plaintiff,

  -against-

ALLIED CONCRETE INDUSTRIES, INC., et al.,

       Defendants.
-----------------------------------------------------------X

ORDER
14-CV-04771 (JFB)(AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 24 2015

LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

For the reasons set forth on the record on November 19, 2015, plaintiff's motion for conditional certification (ECF No. 55) is granted in its entirety.

SO ORDERED.

s/ Joseph F. Bianco

Joseph F. Bianco
United States District Judge

Dated:  November 24, 2015
     Central Islip, New York