Counseling and Advising Clients Exclusively on Laws of the Workplace

**Zabell & Associates, P.C.**
**Zabell & Associates, P.C.**
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel.  631-589-7242
Fax.  631-563-7475
www.Laborlawsny.com

EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

**Christopher K. Collotta, Counsel**
Email: CCollotta@laborlawsny.com

July 12, 2018

<u>*VIA* ELECTRONIC CASE FILING</u>

The Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722-9014

     Re: <u>Gonzalez, et al. v. Allied Concrete Industries Inc., et al.
        Case No.:14-CV-4771 (JFB) (AKT)</u>

Your Honor:

  We respectfully submit the following opposition to counsel's submission of July 6, 2018 [ECF Doc. 177]. While of course guided by Your Honor's Order of June 29, 2018 [ECF Doc. 176], we limit our submission to one discrete point: Mr. Taubenfeld's statement to the effect that "Defendants did not dispute that Plaintiffs were diligent in requesting permission to engage in expert discovery" is incorrect. In the first paragraph of our June 20, 2018 submission, we specifically refer to "the belated nature of Plaintiffs' application" to engage in expert discovery [ECF Doc. 171]. Since Your Honor addressed that issue, in depth, by Order dated June 4, 2018 [ECF Doc. 163], we defer to Your Honor's sound guidance on the issue.

  We thank the Court for its time and consideration. We remain available should Your Honor require additional information in connection with this submission.

Respectfully submitted,

ZABELL & ASSOCIATES, P.C.

Christopher K. Collotta

cc: Client
  Michael Taubenfeld, Esq. (*via* Electronic Case Filing)