| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

BEFORE:   A. KATHLEEN TOMLINSON   DATE:  1-24-2019
          U.S. MAGISTRATE JUDGE       TIME:  11:14 a.m. (14 minutes)

*Gonzalez, et al. v. Allied Concrete Industries Inc., et. al.*
**CV 14-4771 (JFB) (AKT)**

TYPE OF CONFERENCE:          **MOTION HEARING**

APPEARANCES:    Plaintiff:    Michael Taubenfeld

                Defendants:   Christopher Collotta

FTR:   11:14-11:28

**THE FOLLOWING RULINGS WERE MADE:**

The Court scheduled today's hearing to address the multiple submissions of the parties related to the Plaintiffs' motion to re-open discovery [DE 168, 171, 177, 178]. For the reasons stated on the record today, Plaintiff's motion is GRANTED. Based on this ruling, the Court set the following schedule for completion of the discovery phase of this case:

- Plaintiffs' expert report and all expert disclosures required under Rule 26 shall be served on opposing counsel by February 25, 2019;

- Defendant's rebuttal expert report and expert disclosures must be served on Plaintiffs' counsel by April 2, 2019;

- Expert deposition must be completed by April 16, 2019;

- Any letter request for a pre-motion conference to Judge Bianco for purposes of making a summary judgment motion must be filed on ECF by April 30, 2019.

**SO ORDERED.**

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge