



Counseling and Advising Clients Exclusively on Laws of the Workplace

Zabell & Collotta, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel.  631-589-7242
Fax.  631-563-7475
www.Laborlawsny.com

**Ryan M. Eden, Esq.**
Email:  REden@laborlawsny.com

October 18, 2023

<u>*VIA* ELECTRONIC CASE FILING</u>

The Honorable Gary R. Brown
United States District Court Judge
US District Court - Eastern District of New York
United States District Court
100 Federal Plaza
Central Islip, NY 11722

      Re:    Gonzalez v. Allied Concrete Industries, Inc., et al.
               <u>Case No.: 14-CV-4771 (GRB) (LGD)</u>

Your Honor:

      This firm is counsel to Defendants in the above-referenced matter. We write with the consent of Plaintiff's Counsel, Fisher Taubenfeld, LLP, to respectfully request a one (1) week extension of time to advise the Court on the Parties decision on how next to proceed. Counsel for the Parties are engaged in continued discussions with the Parties as well as each other. The additional time will ensure the Parties sufficient time to make an informed decision.

      Counsel thanks the Court for its consideration and remains available should Your Honor require additional information regarding this application.

Respectfully submitted,

**ZABELL & COLLOTTA, P.C.**

*Ryan Eden*
Ryan M. Eden

cc:    Client
        All Counsel of Record (*via* Electronic Case Filing)