

Counseling and Advising Clients Exclusively on Laws of the Workplace

Zabell & Collotta, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel.  631-589-7242
Fax.  631-563-7475
www.Laborlawsny.com

**Ryan M. Eden, Esq.**
Email:  REden@laborlawsny.com

December 3, 2024

***VIA* ELECTRONIC CASE FILING**

The Honorable Lee G. Dunst
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      **Re:**     Gonzalez v. Allied Concrete Industries, Inc., *et al*.
                   **Case No.: 14-CV-4771 (LGD)**

Your Honor:

    This firm is counsel to Defendants in the above referenced matter. We submit this correspondence in accordance with Your Honor's Order of November 29, 2024. Defendants consent to Plaintiffs' request.

    We thank the Court for its time and attention to this matter and remain available should the Court require additional information in connection with this submission.

Respectfully submitted,

**ZABELL & COLLOTTA, P.C.**

*Ryan Eden*
Ryan M. Eden

    cc:     Client
            All Counsel of Record (*via* Electronic Case Filing)